UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COURTNEY N. MROZIK,

    Plaintiff,

v.

    Case No. 1:20-cv-782

COMMISSIONER OF SOCIAL SECURITY,

    HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order of Remand entered on this date:

    **IT IS HEREBEY ORDERED** that Judgment enters.

Dated: April 27, 2021

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge